IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK COOPER HARRIS, III,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:24cv1630 |
| ) | **Electronic Filing** |
| **WARDEN OF SCI CAMPHILL.** ) | |
| **DISTRICT ATTORNEY OF** ) | |
| **ALLEGHENY COUNTY** and ) | |
| **ATTORNEY GENERAL OF** ) | |
| **PENNSYLVANIA,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

AND NOW, this 12th day of February, 2025, after *de novo* review of the record and upon due consideration of 1) plaintiff's amended petition, which in conjunction with the petition, appears to be filed in response to the magistrate judge's report and recommendation of October 23, 2024, in petitioner's duplicative proceeding at 24cv1294, and 2) the magistrate judge's report and recommendation filed on January 8, 2025, IT IS ORDERED that [1] the Petition for Writ of Habeas Corpus [3] as amended be, and the same hereby is, dismissed and the concomitant request for a certificate of appealability is denied. The [4] report and recommendation of January 8, 2025, is adopted as the opinion of the court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Frederick Cooper Harris, III
MV5356
SCI Camp Hill
P. O. Box 8837
2500 Lisburn Road
Camp Hill, PA 17001

(*Sent Via First Class Mail*)